UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felipe Fernandez,<br><br>        Plaintiff,<br><br>  -against-<br><br>STMM, Inc.,<br><br>        Defendant. | 24-CV-6338 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's **AUGUST 26, 2024** Order, ECF No. **5**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in the order, no later than **SEPTEMBER 4, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **SEPTEMBER 10, 2024**.

  SO ORDERED.

Dated: September 9, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                     United States District Judge