

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
RAMI M. SALIM▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 10, 2024

**Via CM/ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York

> The request for an adjournment is GRANTED. The pretrial conference is rescheduled to October 1, 2024 at 2:30 pm.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 8.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: September 11, 2024

Re: **Fernandez v. STMM, Inc., d/b/a Great Jones**
**Case #: 1:24-cv-06338-AS**

Dear Judge Subramanian:

We represent the Plaintiff in the above matter. We write in response to the Court's request for joint letter and proposed case management plan on this matter. The Defendant has not yet made an appearance on this matter and nobody has contacted Plaintiff on behalf of Defendant. It should also be noted that Defendant's answer is not yet due.

Defendant was served on September 6, 2024, and the answer is due September 27, 2024.

Plaintiff hereby requests an adjournment of the Initial Pretrial Conference currently scheduled of September 12, 2024 at 2:30 pm to a date after the due date of Defendant's answer. This is the first request for an adjournment.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Rami M. Salim*
Rami M. Salim, Esq.

cc:   All Counsel of Record via ECF