UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE FERNANDEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>STMM, Inc.,<br><br>　　　　　　　　　　Defendant. | 24-CV-6338 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Pursuant to the Court's **SEPTEMBER 11, 2024** Order, ECF No. **9**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, no later than **SEPTEMBER 25, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **SEPTEMBER 27, 2024**.

　　SO ORDERED.

Dated: September 26, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge