

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 27, 2024

**Via CM/ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York

Re:   **Fernandez v. STMM, Inc., d/b/a Great Jones**
       **Case #: 1:24-cv-06338-AS**

Dear Judge Subramanian:

We represent the Plaintiff in the above matter.  We write in response to the Court's request for joint letter and proposed case management plan on this matter. The Defendant has not yet made an appearance on this matter and nobody has contacted Plaintiff on behalf of Defendant. It should also be noted that Defendant's answer is not overdue.

Defendant was served on September 6, 2024, and the answer is due today, September 27, 2024.

An initial pretrial conference was originally scheduled for September 12, 2024 but was adjourned to September 30, 2024 at 2:30 pm following Plaintiff's first request for an adjournment. Plaintiff hereby requests a second adjournment of the initial pretrial conference to allow Plaintiff time to get in contact with Defendant or file for a Certificate of Default against the Defendant.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Rami M. Salim*
Rami M. Salim, Esq.

cc:   All Counsel of Record via ECF

---

The request for an adjournment is GRANTED. The pretrial conference is rescheduled to October 8, 2024, at 2:30 pm.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: September 30, 2024