UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE FERNANDEZ,<br><br>                              Plaintiff,<br><br>            -against-<br><br>STMM, INC.,<br><br>                              Defendant. | 24-CV-6338 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **SEPTEMBER 30, 2024** Order, ECF No. **12**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, no later than **OCTOBER 2, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **OCTOBER 7, 2024 at 9:00 AM**.

Failure to timely file the joint letter and proposed case management plan may be grounds for dismissal under Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: October 4, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge