UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE FERNANDEZ,<br><br>      Plaintiff,<br><br>  -against-<br><br>STMM, Inc.,<br><br>      Defendant. | 24-CV-6338 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's October 8, 2024 Order, ECF No. 17, plaintiff was required to file any motion for default judgment, the contents of which are described in the order, no later than two weeks from the date of that Order. To date, plaintiff has not filed any motion. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 26, 2024. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.**

  SO ORDERED.

Dated: October 24, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge