UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE FERNANDEZ,

                Plaintiff,

    -against-

STMM, Inc.,

                Defendant.

24-CV-6338 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's October 24, 2024, ECF No. 18, plaintiff was required to file any motion for default judgment no later than October 26, 2024. To date, plaintiff has not filed any motion. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 10, 2025.**

    **This is plaintiff's final extension. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.**

    SO ORDERED.

Dated: December 4, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge